**EXHIBIT A**

SUM-100

# SUMMONS
## (CITACION JUDICIAL)

FOR COURT USE ONLY
(SOLO PARA USO DE LA CORTE)

**NOTICE TO DEFENDANT:**
***(AVISO AL DEMANDADO):***

Home Depot, a business entity form unknown; and DOES 1 to 10, Inclusive

**YOU ARE BEING SUED BY PLAINTIFF:**
***(LO ESTÁ DEMANDANDO EL DEMANDANTE):***

Hossein Ghaemmaghamy

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center *(www.courtinfo.ca.gov/selfhelp)*, your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site *(www.lawhelpcalifornia.org)*, the California Courts Online Self-Help Center *(www.courtinfo.ca.gov/selfhelp)*, or by contacting your local court or county bar association. **NOTE:** The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

***¡AVISO!*** *Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California* (www.sucorte.ca.gov), *en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services,* (www.lawhelpcalifornia.org), *en el Centro de Ayuda de las Cortes de California,* (www.sucorte.ca.gov) *o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

The name and address of the court is:
*(El nombre y dirección de la corte es):*

CASE NUMBER *(Número del Caso):* 30-2024-01377055-CU-PO-CJC

~~Assigned for all purposes:~~
Judge Deborah Servino

Orange County Superior Court
700 Civic Center Drive West
Santa Ana, CA 92701

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*

Sassan Mackay 210334 Commerce Law Group
140 E. Commonwealth Ave., Suite 102 (714) 709-4991
Fullerton, CA 92832

DATE: *(Fecha)* 02/02/2024 DAVID H. YAMASAKI, Clerk of the Court *(Secretario)* A. Van Arkel, Deputy *(Adjunto)*

*(For proof of service of this summons, use* Proof of Service of Summons *(form POS-010).)*
*(Para prueba de entrega de esta citación use el formulario* Proof of Service of Summons, *(POS-010)).*

[SEAL]

**NOTICE TO THE PERSON SERVED:** You are served
1. ☐ as an individual defendant.
2. ☐ as the person sued under the fictitious name of *(specify):*
3. ☒ on behalf of *(specify):* **Home Depot**
   under:
   ☐ CCP 416.10 (corporation)
   ☐ CCP 416.20 (defunct corporation)
   ☐ CCP 416.40 (association or partnership)
   ☒ other *(specify):* **CCP 415.95 Business Organization, Form Unknown**
   ☐ CCP 416.60 (minor)
   ☐ CCP 416.70 (conservatee)
   ☐ CCP 416.90 (authorized person)
4. ☒ by personal delivery on *(date):* 3-28-24

Electronically Filed by Superior Court of California, County of Orange, 02/02/2024 04:20:39 PM.
30-2024-01377055-CU-PO-CJC - ROA # 2 - DAVID H. YAMASAKI, Clerk of the Court By A. Van Arkel, Deputy Clerk.

PLD-PI-001

ATTORNEY OR PARTY WITHOUT ATTORNEY STATE BAR NUMBER: 210334
NAME: Sassan Mackay
FIRM NAME: Commerce Law Group
STREET ADDRESS: 140 E. Commonwealth Avenue, Suite 102
CITY: Fullerton STATE: CA ZIP CODE: 92832
TELEPHONE NO.: (714) 709-4991 FAX NO.: (323) 728-0788
EMAIL ADDRESS: smackay@commercelaw.net
ATTORNEY FOR *(name)*: Plaintiff

FOR COURT USE ONLY

SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE
STREET ADDRESS: 700 Civic Center Drive West
MAILING ADDRESS:
CITY AND ZIP CODE: Santa Ana, CA 92701
BRANCH NAME: Central Justice Center

PLAINTIFF: Hossein Ghaemmaghamy

DEFENDANT: Home Depot, a business entity form unknown; and DOES 1 to 10, Inclusive

[X] DOES 1 TO 10, Inclusive

**COMPLAINT—Personal Injury, Property Damage, Wrongful Death**

[ ] **AMENDED *(Number)*:**

**Type *(check all that apply)*:**

[ ] **MOTOR VEHICLE** [X] **OTHER *(specify)*:** Premises Liability

[ ] **Property Damage** [ ] **Wrongful Death**

[ ] **Personal Injury** [ ] **Other Damages *(specify)*:**

**Jurisdiction** *(check all that apply)*:

[ ] **ACTION IS A LIMITED CIVIL CASE (does not exceed $35,000)**

Amount demanded [ ] does not exceed $10,000
[ ] exceeds $10,000

[X] **ACTION IS AN UNLIMITED CIVIL CASE (exceeds $35,000)**

[ ] **ACTION IS RECLASSIFIED by this amended complaint**

[ ] **from limited to unlimited**

[ ] **from unlimited to limited**

CASE NUMBER:

30-2024-01377055-CU-PO-CJC

Assigned for all purposes:

Judge Deborah Servino

1. **Plaintiff** *(name or names)*: Hossein Ghaemmaghamy
alleges causes of action against **defendant** *(name or names)*:
Home Depot, a business entity form unknown; and DOES 1 to 10, Inclusive

2. This pleading, including attachments and exhibits, consists of the following number of pages: 5

3. Each plaintiff named above is a competent adult
   a. [ ] **except** plaintiff *(name)*:
      (1) [ ] a corporation qualified to do business in California.
      (2) [ ] an unincorporated entity *(describe)*:
      (3) [ ] a public entity *(describe)*:
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed.
         (b) [ ] other *(specify)*:
      (5) [ ] other *(specify)*:
   b. [ ] **except** plaintiff *(name)*:
      (1) [ ] a corporation qualified to do business in California.
      (2) [ ] an unincorporated entity *(describe)*:
      (3) [ ] a public entity *(describe)*:
      (4) [ ] a minor [ ] an adult
         (a) [ ] for whom a guardian or conservator of the estate or a guardian ad litem has been appointed.
         (b) [ ] other *(specify)*:
      (5) [ ] other *(specify)*:

[ ] Information about additional plaintiffs who are not competent adults is shown in Attachment 3.

| SHORT TITLE: Ghaemmaghamy v. Home Depot | CASE NUMBER: |
|---|---|

4. [ ] Plaintiff *(name):*
is doing business under the fictitious name *(specify):*

and has complied with the fictitious business name laws.

5. Each defendant named above is a natural person

a. [X] **except** defendant *(name):* Home Depot
   (1) [X] a business organization, form unknown.
   (2) [ ] a corporation.
   (3) [ ] an unincorporated entity *(describe):*
   (4) [ ] a public entity *(describe):*
   (5) [ ] other *(specify):*

b. [ ] **except** defendant *(name):*
   (1) [ ] a business organization, form unknown.
   (2) [ ] a corporation.
   (3) [ ] an unincorporated entity *(describe):*
   (4) [ ] a public entity *(describe):*
   (5) [ ] other *(specify):*

c. [ ] **except** defendant *(name):*
   (1) [ ] a business organization, form unknown.
   (2) [ ] a corporation.
   (3) [ ] an unincorporated entity *(describe):*
   (4) [ ] a public entity *(describe):*
   (5) [ ] other *(specify):*

d. [ ] **except** defendant *(name):*
   (1) [ ] a business organization, form unknown.
   (2) [ ] a corporation.
   (3) [ ] an unincorporated entity *(describe):*
   (4) [ ] a public entity *(describe):*
   (5) [ ] other *(specify):*

[ ] Information about additional defendants who are not natural persons is contained in Attachment 5.

6. The true names of defendants sued as Does are unknown to plaintiff.
   a. [X] Doe defendants *(specify Doe numbers):* 1 to 10 were the agents or employees of other named defendants and acted within the scope of that agency or employment.
   b. [X] Doe defendants *(specify Doe numbers):* 1 to 10 are persons whose capacities are unknown to plaintiff.

7. [ ] Defendants who are joined under Code of Civil Procedure section 382 are *(names):*

8. This court is the proper court because
   a. [X] at least one defendant now resides in its jurisdictional area.
   b. [X] the principal place of business of a defendant corporation or unincorporated association is in its jurisdictional area.
   c. [X] injury to person or damage to personal property occurred in its jurisdictional area.
   d. [ ] other *(specify):*

9. [ ] Plaintiff is required to comply with a claims statute, **and**
   a. [ ] has complied with applicable claims statutes, **or**
   b. [ ] is excused from complying because *(specify):*

PLD-PI-001

| SHORT TITLE: Ghaemmaghamy v. Home Depot | CASE NUMBER: |
|---|---|

10. The following causes of action are attached and the statements above apply to each *(each complaint must have one or more causes of action attached):*
   - a. [ ] Motor Vehicle
   - b. [X] General Negligence
   - c. [ ] Intentional Tort
   - d. [ ] Products Liability
   - e. [X] Premises Liability
   - f. [ ] Other *(specify):*

11. Plaintiff has suffered *(check all that apply)*
   - a. [X] wage loss.
   - b. [ ] loss of use of property.
   - c. [X] hospital and medical expenses.
   - d. [X] general damage.
   - e. [ ] property damage.
   - f. [X] loss of earning capacity.
   - g. [X] other damage *(specify):*
     Costs of suit and any other relief as the court may deem just and proper.

12. [ ] The damages claimed for wrongful death and the relationships of plaintiff to the deceased are
   - a. [ ] listed in Attachment 12.
   - b. [ ] as follows:

13. The relief sought in this complaint is within the jurisdiction of this court.

14. **Plaintiff prays** for judgment for costs of suit; for such relief as is fair, just, and equitable; and for
   - a. (1) [X] compensatory damages.
     (2) [ ] punitive damages.
   - b. The amount of damages is *(in cases for personal injury or wrongful death, you must check (1)):*
     (1) [X] according to proof.
     (2) [ ] in the amount of: $

15. [X] The paragraphs of this complaint alleged on information and belief are as follows *(specify paragraph numbers):*
   All

Date: 02/02/2024

Sassan Mackay
(TYPE OR PRINT NAME)

(SIGNATURE OF PLAINTIFF OR ATTORNEY)

| SHORT TITLE: Ghaemmaghamy v. Home Depot | CASE NUMBER: |
|---|---|

2 (number) **CAUSE OF ACTION- General Negligence** Page ______

ATTACHMENT TO [X] Complaint [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

GN-1. Plaintiff *(name)*: Hossein Ghaemmaghamy

alleges that defendant *(name)*: Home Depot, a business entity form unknown; and DOES 1 to 10, inclusive

[X] Does 1 to 10, Incl

was the legal (proximate) cause of damages to plaintiff. By the following acts or omissions to act, defendant negligently caused the damage to plaintiff
on *(date)*: 02/05/2022
at *(place)*: 1095 N. Pullman St., Anaheim, Orange County, California

*(description of reasons for liability)* :

1. Home Depot, a business entity form unknown, failed to meet the standard of care in providing safe environment for its invitees by negligently opening the hardware secure metal door, holding the metal door, inviting the Plaintiff to check the displayed items, and as Plaintiff was checking the hardware items, negligently dropping the heavy metal door landing on plaintiff's head and body. Said negligent directly and proximately caused defendants' to maintain their property in a negligent manner below the standard of care causing Plaintiff's serious physical and mental injuries.

The negligence by defendants and each of them, directly and proximately caused plaintiff's actual, special, and general damages, and additional attorney fees and costs damages, all of which will be shown according to proof at time of trial.

2. Doe Defendants 1 to 10 and each of them were the agent, principal, employer or employee of or for Home Depot, a business entity form unknown, and or have acted so as to breach a duty owed to Plaintiff so as to cause her the damages identified in paragraph 1.





Hossein Ghaemmaghamy

PLD-PI-001(4)

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| Ghaemmaghamy v. Home Depot | |

First (number) **CAUSE OF ACTION- Premises Liability** Page 4

ATTACHMENT TO [X] Complaint [ ] Cross-Complaint

*(Use a separate cause of action form for each cause of action.)*

Prem.L-1. Plaintiff *(name)*: Hossein Ghaemmaghamy
alleges the acts of defendants were the legal (proximate) cause of damages to plaintiff.
On *(date)*: 02/05/2022 plaintiff was injured on the following premises in the following fashion *(description of premises and circumstances of injury)*:

Plaintiff was an invitee on the defendants' property which was substandard, improperly constructed, and improperly maintained. The premises is located at 1095 N. Pullman St., Anaheim, Orange County, California.
Plaintiff was bent to examine the items displayed in secured metal cage and as the defendant's employee opened the metal cage door to have it secured, it failed to be secured, falling landing on Plaintiff's head and body. Said condition of the display cage was dangerous at the time of injury, the injury was proximately caused by said conditions, and said dangerous condition created a reasonable risk of the kind of injury which is incurred. Plaintiff sustained injuries requiring medical treatment.

Prem.L-2. [X] **Count One-Negligence** The defendants who negligently owned, maintained, managed and operated the described premises were *(names)*:
Home Depot, a business entity form unknown; and
[X] Does 1 to 10

Prem.L-3. [X] **Count Two-Willful Failure to Warn** [Civil Code section 846] The defendant owners who willfully or maliciously failed to guard or warn against a dangerous condition, use, structure, or activity were *(names)*: Home Depot, aabusiness entity form unknown; and
[X] Does 1 to 10
Plaintiff, a recreational user, was [ ] an invited guest [ ] a paying guest.

Prem.L-4. [ ] **Count Three-Dangerous Condition of Public Property** The defendants who owned public property on which a dangerous condition existed were *(names)*:

[ ] Does ______ to ______

a. [ ] The defendant public entity had [ ] actual [ ] constructive notice of the existence of the dangerous condition in sufficient time prior to the injury to have corrected it.

b. [ ] The condition was created by employees of the defendant public entity.

Prem.L-5. a. [X] **Allegations about Other Defendants** The defendants who were the agents and employees of the other defendants and acted within the scope of the agency were *(names)*:
Home Depot, a business entity form unknown; and
[X] Does 1 to 10

b. [ ] The defendants who are liable to plaintiffs for other reasons and the reasons for their liability are [ ] described in attachment Prem.L-5.b [ ] as follows *(names)*:



Form Approved for Optional Use
Judicial Council of California
PLD-PI-001(4) [Rev. January 1, 2007]

**CAUSE OF ACTION - Premises Liability**

Code of Procedure § 425.12
www.courtinfo.ca.gov

CEB ceb.com Essential Forms

Hossein Ghaemmaghamy

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE<br>STREET ADDRESS: 700 W. Civic Center DRIVE<br>MAILING ADDRESS: 700 W. Civic Center Drive<br>CITY AND ZIP CODE: Santa Ana 92701<br>BRANCH NAME: Central Justice Center<br>PLANTIFF: Hossein Ghaemmaghamy<br>DEFENDANT: Home Depot<br>Short Title: GHAEMMAGHAMY VS. HOME DEPOT | *FOR COURT USE ONLY*<br>**FILED**<br>*SUPERIOR COURT OF CALIFORNIA COUNTY OF ORANGE*<br>**Feb 5, 2024**<br>Clerk of the Superior Court<br>By: A. VAN ARKEL, Deputy |
|---|---|
| **NOTICE OF HEARING<br>CASE MANAGEMENT CONFERENCE** | CASE NUMBER:<br>30-2024-01377055-CU-PO-CJC |

Please take notice that a(n), Case Management Conference has been scheduled for hearing on 07/05/2024 at 09:00:00 AM in Department C21 of this court, located at Central Justice Center.

**Plaintiff(s)/Petitioner(s) to provide notice to all defendant(s)/respondent(s). Parties who file pleadings that add new parties to the proceeding must provide notice of the Case Management Conference to the newly added parties.**

**IMPORTANT:** Prior to your hearing date, please check the Court's website for the most current instructions regarding how to appear for your hearing and access services that are available to answer your questions.
Civil Matters - https://www.occourts.org/media-relations/civil.html
Probate/Mental Health - https://www.occourts.org/media-relations/probate-mental-health.html
Appellate Division - https://www.occourts.org/media-relations/appeals-records.html

**IMPORTANTE:** Antes de la fecha de su audiencia, visite el sitio web de la Corte para saber cuáles son las instrucciones más actuales para participar en la audiencia y tener acceso a los servicios disponibles para responder a sus preguntas.
Casos Civiles - https://www.occourts.org/media-relations/civil.html
Casos de Probate y Salud Mental - https://www.occourts.org/media-relations/probate-mental-health.html
División de apelaciones - https://www.occourts.org/media-relations/appeals-records.html

**QUAN TRỌNG:** Trước ngày phiên tòa của quý vị, vui lòng kiểm tra trang mạng của tòa án để biết những hướng dẫn mới nhất về cách ra hầu phiên tòa của quý vị và tiếp cận những dịch vụ hiện có để giải đáp những thắc mắc của quý vị.
Vấn Đề Dân Sự - https://www.occourts.org/media-relations/civil.html
Thủ Tục Di Chúc/Sức Khỏe Tinh Thần - https://www.occourts.org/media-relations/probate-mental-health.html
Ban phúc thẩm - https://www.occourts.org/media-relations/appeals-records.html

Clerk of the Court, By: ______________________, Deputy

| | |
|---|---|
| **SUPERIOR COURT OF CALIFORNIA, COUNTY OF ORANGE**<br>Central Justice Center<br>700 W. Civic Center DRIVE<br>Santa Ana 92701 | |
| **SHORT TITLE:** GHAEMMAGHAMY VS. HOME DEPOT | |
| **CLERK'S CERTIFICATE OF SERVICE BY MAIL** | CASE NUMBER:<br>**30-2024-01377055-CU-PO-CJC** |

I certify that I am not a party to this cause. I certify that a true copy of the above Notice of Hearing has been placed for collection and mailing so as to cause it to be mailed in a sealed envelope with postage fully prepaid pursuant to standard court practices and addressed as indicated below. The certification occurred at Santa Ana, California, on 02/05/2024. Following standard court practice the mailing will occur at Sacramento, California on 02/06/2024.

Clerk of the Court, by: ______________________________, Deputy

COMMERCE LAW GROUP
140 E COMMONWEALTH # 102
FULLERTON, CA 92832